**MEMO ENDORSED**

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7106
FACSIMILE (310) 556-5206
dgindler@irell.com

July 8, 2013

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/13

**VIA E-MAIL**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007-1312

Re: Aon Benfield Global, Inc. et al. v. Guy Carpenter & Company, LLC, Case No. 1:11-cv-03529-RA

Dear Judge Abrams:

We represent plaintiffs Aon Benfield Global, Inc. and Aon Benfield Inc. (collectively, "Aon Benfield") in the above-referenced matter and write regarding the post-mediation status conference currently scheduled for July 11, 2013, at 11:30 a.m. (D.I. 58, ¶ 10.)

I am principal trial counsel for Aon Benfield and intend to participate at the status conference. Given the limited and specific purpose of the upcoming status conference—scheduling of the claim construction hearing date—I respectfully request permission to appear at the status conference by telephone. The accommodation would be very helpful in light of other commitments that have arisen in my schedule.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ David I. Gindler

David I. Gindler

DIG:bdh

cc: Counsel of Record (by email)

**APPLICATION GRANTED**
**SO ORDERED**

RONNIE ABRAMS, U.S.D.J.
7/8/13

2831519